# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138858 & (23)

DERRICK THOMAS, Personal Representative of
the Estate of Jonathan R. Kirkland, Deceased,
            Plaintiff-Appellee,

v

                                                    SC: 138858
                                                    COA: 289503
                                                    Wayne CC: 08-114279-NI

JAMARR ROBERT JOHNSON,
            Defendant,
and

FARM BUREAU MUTUAL INSURANCE
COMPANY,
            Defendant-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 9, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2009

_____
Clerk

1202